# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES H. WATT & JENNIFER L. WATT        Case Number: 07-72927
4690 SQUAW VALLEY DRIVE        SSN-xxx-xx-9614 & xxx-xx-5876
LOVES PARK, IL  61111

Case filed on: 11/30/2007
Plan Confirmed on: 3/14/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,551.14        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | SCHLUETER, ECKLUND, ET AL | 3,800.00 | 3,800.00 | 189.64 | 0.00 |
|  | Total Legal | 3,800.00 | 3,800.00 | 189.64 | 0.00 |
| 999 | JAMES H. WATT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DAIMLERCHRYSLER FIN SERV AMERICAS LLC | 16,036.34 | 0.00 | 0.00 | 0.00 |
| 002 | HOME LOAN SERVICES INC | 9,885.18 | 0.00 | 0.00 | 0.00 |
| 003 | UNITED GUARANTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WINNEBAGO COUNTY CLERK | 2,908.00 | 2,908.00 | 2,870.40 | 208.97 |
|  | Total Secured | 28,829.52 | 2,908.00 | 2,870.40 | 208.97 |
| 001 | DAIMLERCHRYSLER FIN SERV AMERICAS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BAKER MILLER MARKOFF & KRASNY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | C.B. ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CCS. INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 441.49 | 441.49 | 0.00 | 0.00 |
| 011 | ATTORNEY TERRY HOSS & | 206.70 | 206.70 | 0.00 | 0.00 |
| 012 | CREDIT MANAGEMENT CONTROL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | GLOBAL CREDIT & COLLECTION CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | M.T. & SONS ELECTRIC HEATING & AIR | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | OB-GYN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | OSF SAINT ANTHONY MEDICAL CENTER | 6,496.45 | 6,496.45 | 0.00 | 0.00 |
| 018 | PEDIATRIC ASSOCIATES OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PHARMACARE DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCK RIVER DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCK VALLEY ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROI SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WINNEBAGO CO. BAD CHECK PROGRAM | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | AMCORE BANK NA | 700.03 | 700.03 | 0.00 | 0.00 |
| 026 | AMERICASH LOANS LLC | 3,134.88 | 3,134.88 | 0.00 | 0.00 |
| 027 | BILL ATKINSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CAPITAL ONE BANK (USA) NA | 1,180.11 | 1,180.11 | 0.00 | 0.00 |
| 029 | PORTFOLIO RECOVERY ASSOCIATES | 1,409.81 | 1,409.81 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 172.81 | 172.81 | 0.00 | 0.00 |
|  | Total Unsecured | 13,742.28 | 13,742.28 | 0.00 | 0.00 |
|  | Grand Total: | 46,371.80 | 20,450.28 | 3,060.04 | 208.97 |

Total Paid Claimant:    $3,269.01
Trustee Allowance:    $282.13
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                By  /s/Heather M. Fagan